UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X
United States of America

V.                                    Docket Number: **99CR 472**

Marcus Hernandez
-------------------------------------------------X

## ORDER TO TERMINATE PROBATION

This Cause having been heard before me on November 7, 2007.

HEREBY ORDERED that the defendants's term of supervised release be terminated this date.

s/Hon. Charles P. Sifton

_____   11/7/07
UNITED STATES DISTRICT JUDGE    DATE

So Ordered.